**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JULIETA MIGUEL, CLAUDIA PACHECO, individuals; and SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, INC., a California nonprofit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ECONOMICS FOR WOMEN, INC., a California corporation; and NEW CAPITAL, L.L.C., a California limited liability company, and 379 LOMA LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. LA CV 11-6514 SVW (CWx)<br><br>Assigned to the Hon. Stephen V. Wilson, Courtroom No. 6<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**<br><br>JS-6<br><br>Complaint Filed:  August 8, 2011<br>Trial Date:  None |

1
[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
*Julieta Miguel, et al. v. New Economics for Women, Inc., et al., Case No. LA CV 11-6514 SVW (CWx)*

Pursuant to the Joint Stipulation of Dismissal With Prejudice by Defendants New Economics for Women, Inc., New Capital, L.L.C, and 379 Loma Limited Partnership ("Defendants"), and Plaintiffs Julieta Miguel, Claudia Pacheco, and Southern California Housing Rights Center, Inc., d/b/a/ Housing Rights Center, Inc. ("Plaintiffs") the above-referenced matter is dismissed with prejudice.

1. This action, and each and every claim asserted in the action, shall be dismissed in its entirety;

2. The dismissal shall be made with prejudice; and

3. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 20, 2012

_____
Honorable Stephen V. Wilson
Judge of the United States Court
Central District of California
Western Division

submitted by:

Karen R. Palmersheim (175166)
kpalmersheim@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Fax:  213-485-1200

Attorneys for Defendant
NEW ECONOMICS FOR WOMEN, INC., a California corporation

2

[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
*Julieta Miguel, et al. v. New Economics for Women, Inc., et al., Case No. LA CV 11-6514 SVW (CWx)*